In the U.S. District Court for the Western District of MISSOURI

Ronnie Lee Owen  
(Plaintiff)

Case No: _____

v.

Defendants are sued in their

OFFICER NICHOLS, and  
James Arnott (Sheriff)

___ Individual Capacity  
___ Official Capacity  
_X_ BOTH

Complaint Under the Civil Rights Act of 42 U.S.C. §1983

I. Place of Present Confinement of Plaintiff: Greene County Jail 1000 N. Boonville, Springfield, MO. 65802

II. Parties to Civil Action:
  A. Plaintiff - Ronnie Lee Owen   CFN # 2954357
     Address - 1000 N. Boonville, Springfield, MO. 65802
  B. Defendant OFFICER NICHOLS (First Name Unknown)
     Is Employed as OFFICER (Correctional) at the Greene County Jail, Sheriff's Department
  C. Defendant Sheriff James Arnott
     Is Employed as Sheriff, Greene County

III. Do your claims involve medical treatment?   Yes ____   No ✗

IV. Do you request a jury trial?   Yes ✗   No ____

V. Do you request money damages?   Yes ✗   No ____

State the amount claimed?   $100.00 / 1,000.00 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur?   Yes ____   No ✗

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ____   No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes ____   No ____

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
_____
_____
_____

D. If you have not filed a grievance, state the reasons.
_____
_____
_____

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?   Yes ____   No ✗

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?   Yes ____   No ✗

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

  (1) Style: _____
         (Plaintiff)                    (Defendant)
  (2) Date filed: _____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
                (Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____
                            (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

On 07-31-2016 at approximately 7-8 am there was a mass shakedown of C-Pod at the Greene County Jail. OFFICER NICHOLS shook down my cell and confiscated LEGAL MATERIALS, specifically a LAW BOOK given to me by an attorney, authorized by the jail administrator, The Georgetown LAW Journal Annual Review of Criminal Procedure 2015, a LAW BOOK of $100.00 dollars value. As I was using this book to assist in my appeal on my criminal case/violation, and NEED this book in my ACCESS of the Courts, the loss of the book does cause me to be unable to continue with my appeal as I cannot write the LEGAL BASIS for such appeal without it, and the Jail POLICY ALLOWS ME TO HAVE THIS BOOK.

B. State briefly your legal theory or cite appropriate authority:

OFFICER NICHOLS' confiscation of this LEGAL BOOK/MATERIAL does cause me a LACK OF ACCESS to the courts and does violate my rights to have authorized property by Jail policy. The prejudice caused is the loss of ability to write my appeal in a Timely Manner and She STATED that she was "To take books" by the Sheriff, James Arnott, if they were of a LEGAL NATURE as "He" (Sheriff Arnott) couldn't have "us" (Inmates) fighting our cases, "not in my jail." However, jail policy allows for such Law Books, and the loss has created prejudice.

3

Case 6:16-cv-03328-BP   Document 1   Filed 08/02/16   Page 3 of 5

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
I would like the Jail Administration to return or replace the book, and remit $100.00 dollars in actual damages and $1,000,000.00 dollars in punitive damages. (By jail admin. I mean the defendants)

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes___ No X

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
N/A

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes___ No X

If your answer is "Yes," state the name and address of the lawyer.
N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this  1st  day of August  2016

*Ronnie L.*
Signature(s) of Plaintiff(s)

4

GREENE COUNTY JUSTICE CENTER
1000 N Boonville
Springfield MO. 65802

Ronnie Lee Owen
Inmate Name

2954357
Jacket #

REC'D AUG 0 2 2016

— LEGAL MAIL —

CLERK of Court
U.S. District Court
Western District of Missouri
1400 U.S. Courthouse
222 John Q. Hammons Pkwy
Springfield, Mo. 65802

LEGAL MAIL

— LEGAL MAIL —

INDIGENT

65806822559 0062

UNITED STATES POSTAGE
$ 000.465
PITNEY BOWES
02 1P 0000885762
AUG 01 2016
MAILED FROM ZIP CODE 65802